UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62060-CIV-COOKE/TORRES

KENDRA JONES,

    Plaintiff,

vs.

NPAS, INC.,

    Defendant.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff KENDRA JONES ("Plaintiff") and Defendant NPAS, INC. ("Defendant"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

[*REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK*]

Dated: December 04, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Jibrael S. Hindi | /s/ Paul De Boe |
| **JIBRAEL S. HINDI, ESQ.** | **PAUL J. DE BOE, ESQ.** |
| Florida Bar No.: 118259 | Florida Bar No.: 52051 |
| E-mail: jibrael@jibraellaw.com | E-mail: paul.deboe@ogletreedeakins.com |
| THE LAW OFFICES OF JIBRAEL S. HINDI | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 110 SE 6th Street, Suite 1744 | 701 Brickell Avenue, Suite 1600 |
| Fort Lauderdale, Florida 33301 | Miami, Florida 33131 |
| Phone: 954-907-1136 | Phone: 305-374-0506 |
| Fax:     855-529-9540 | Fax:     305-374-0456 |
| AND | AND |
| /s/ Thomas J. Patti | /s/ Megan D. Meadows |
| **THOMAS J. PATTI, ESQ.** | **MEGAN D. MEADOWS, ESQ.** |
| Florida Bar No.: 118377 | Missouri Bar No.: 60669 |
| E-mail: tpatti@thomasjohnlaw.com | *Admitted Pro Hac Vice* |
| THOMAS-JOHN LAW, P.A. | E-mail: mmeadows@spencerfane.com |
| 110 SE 6th Street, Suite 1700 | SPENCER FANE, LLP. |
| Fort Lauderdale, Florida 33301 | 1 North Brentwood Boulevard, Suite 1000 |
| Phone: 954-543-1325 | Saint Louis, Missouri 63105 |
| Fax:     954-507-9975 | Phone: 314-863-7733 |
| | Fax:     314-862-4656 |
| *COUNSEL FOR PLAINTIFF* | |
| | *COUNSEL FOR DEFENDANT* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ**.
Florida Bar No.118259